UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENETTE J. LIGON, INDIVIDUALLY AND
AS THE REPRESENTATIVE OF A CLASS OF    22-cv-2230 (JGK)
SIMILARLY SITUATED PERSONS,

    ORDER

        Plaintiff,

    - against -

FLAVCITY CORP., AND DTBE LLC,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the defendant DTBE LLC to respond to the Complaint is extended to June 7, 2022. Failure to respond to the Complaint by this date could result in default judgment being entered against DTBE. The conference scheduled for May 31, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
    May 24, 2022

    _____
    John G. Koeltl
    United States District Judge